# United States Court of Appeals
## For the First Circuit

No. 26-1923

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY; COUNTY OF SANTA CLARA COUNTY; CITY OF TUCSON,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in the official capacity as Director of United States Office of Management and Budget,

Defendants - Appellants.

**CORRECTED ORDER OF COURT***

Entered: August 17, 2026
Pursuant to 1st Cir. R. 27.0(d)

Defendants-appellants have filed in this court an "Emergency Motion for Stay Pending Appeal."

Plaintiffs-appellees shall file a response no later than Friday, August 21, 2026, at 5:00 p.m. Defendants-appellants shall file any reply no later than Monday, August 24, 2026, at 5:00 p.m.

The court intends to rule promptly on the matter.

By the Court:

Anastasia Dubrovsky, Clerk

* Corrected order issued to correct the date of the order.

cc:
Lauren S. Zurier, Kevin M. Bolan, Sarah Clark Griffin, Michael Benjamin Bruns, Lynette J. Labinger, Madeline H. Gitomer, Amy Retsinas Romero, Kevin Love Hubbard, Kristin Bateman, Robin F. Thurston, Antonia Fasanelli, Carrie Y. Flaxman, Christine L. Coogle, Toby Merrill, Cassandra Crawford, Graham Provost, Kayla Max Svihovec, Christopher Michael Sanders, Cristy Craig, Mika Rothman, John Whitaker, Tony Lopresti, Kavita Narayan, Leily Arzy, Meredith Johnson, Stefanie Wilson