# United States Court of Appeals
## For the First Circuit

**DOCKETING STATEMENT**

**No.** 26-1923 **Short Title:** NAEH v. HUD

**Type of Action**

☑ Civil
☐ Criminal/Prisoner
☐ Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from August 7, 2026
  2. Date this notice of appeal filed August 13, 2026
     If cross appeal, date first notice of appeal filed ____________
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) ____________
  4. Date of entry of order deciding above post-judgment motion ____________
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) ____________
     Time extended to ____________

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? ☑ Yes ☐ No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? ☐ Yes ☐ No
        If yes, explain ____________
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? ☐ Yes ☐ No
        If yes, explain ____________

C. Has this case previously been appealed? ☐ Yes ☑ No
   If yes, give the case name, docket number and disposition of each prior appeal ____________

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? ☑ Yes ☐ No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☐ Yes ☑ No
If yes, is a transcript necessary for this appeal? ☐ Yes ☐ No
If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

1. Adverse party See attached.
Attorney
Address
Telephone

2. Adverse party
Attorney
Address
Telephone

3. Adverse party
Attorney
Address
Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

1. Appellant's name U.S. Department of Housing and Urban Development; Scott Turner
Address 451 7th Street SW, Washington DC, 20410
Telephone

Attorney's name Sarah Clark Griffin; Michael Raab
Firm U.S. Department of Justice, Civil Division, Appellate Staff
Address 950 Pennsylvania Ave NW, Washington DC, 20530
Telephone 202-305-8727

2. Appellant's name Office of Management and Budget; Russell Vought
Address 725 17th Street NW, Washington DC, 20503
Telephone

Attorney's name Sarah Clark Griffin; Michael Raab
Firm U.S. Department of Justice, Civil Division, Appellate Staff
Address 950 Pennsylvania Ave NW, Washington DC, 20530
Telephone 202-305-8727

Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature /s/ Sarah Clark Griffin

Date 8/17/26

**D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?**

Yes. *Washington v. HUD*, No. 26-1922 (1st Cir.), arises from related, although not formally consolidated, district court litigation.

**F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**

1. Adverse Party: National Alliance to End Homelessness
Attorney: Kristin Bateman, Christine L. Coogle, Antonia Fasanelli, Carrie Y. Flaxman, Madeline H. Gitomer, Amy Retsinas Romero, Robin F. Thurston, Kevin Hubbard, Lynette Labinger
Address: PO Box 34553, Washington DC, 20043
Telephone: 202-935-5245

2. Adverse Party: National Low Income Housing Coalition
Attorney: Kristin Bateman, Christine L. Coogle, Antonia Fasanelli, Carrie Y. Flaxman, Madeline H. Gitomer, Amy Retsinas Romero, Robin F. Thurston, Kevin Hubbard, Lynette Labinger
Address: PO Box 34553, Washington DC, 20043
Telephone: 202-935-5245

3. Adverse Party: Crossroads Rhode Island
Attorney: Kristin Bateman, Christine L. Coogle, Antonia Fasanelli, Carrie Y. Flaxman, Madeline H. Gitomer, Amy Retsinas Romero, Robin F. Thurston, Kevin Hubbard, Lynette Labinger
Address: PO Box 34553, Washington DC, 20043
Telephone: 202-935-5245

4. Adverse Party: Youth Pride, Inc.
Attorney: Kristin Bateman, Christine L. Coogle, Antonia Fasanelli, Carrie Y. Flaxman, Madeline H. Gitomer, Amy Retsinas Romero, Robin F. Thurston, Kevin Hubbard, Lynette Labinger
Address: PO Box 34553, Washington DC, 20043
Telephone:

5. Adverse Party: Boston, MA
Attorney: Cassandra Crawford, Toby Merrill, Graham Provost, Amy Retsinas Romero, Kayla Svihovec, Kevin Hubbard
Address: 490 43rd St., Oakland, CA 94609

Telephone: 510-738-6788

6. Adverse Party: Cambridge, MA
Attorney: Cassandra Crawford, Toby Merrill, Graham Provost, Amy Retsinas Romero, Kayla Svihovec, Kevin Hubbard
Address: 490 43rd St., Oakland, CA 94609
Telephone: 510-738-6788

7. Adverse Party: Martin Luther King, Jr. County
Attorney: Cristy Craig, Mika Rothman, Cassandra Crawford, Kevin Hubbard, Toby Merrill, Graham Provost, Amy Retsinas Romero, Kayla Svihovec, Christopher Sanders
Address: 701 5th Ave., Seattle, WA 98104
Telephone: 206-477-1120

8. Adverse Party: Metropolitan Government of Nashville & Davidson County
Attorney: John Whitaker, Toby Merrill, Cassandra Crawford, Graham Provost, Kayla Svihovec, Kevin Hubbard
Address: 1 Public Sq., Nashville, TN 37219
Telephone:

9. Adverse Party: County of Santa Clara
Attorney: Leily Arzy, Meredith Johnson, Tony LoPresti, Kavita Narayan, Stefanie Wilson, Kevin Hubbard, Amy Retsinas Romero
Address: 70 W. Hedding St., San Jose, CA 95110
Telephone: 669-365-1864

10. Adverse Party: City of Tucson
Attorney: Cassandra Crawford, Kevin Hubbard, Toby Merrill, Graham Provost, Amy Retsinas Romero, Kayla Svihovec
Address: 490 43rd St., Oakland, CA 94609
Telephone: 510-738-6788

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2026, I electronically filed the foregoing docketing statement with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Sarah Clark Griffin*
Sarah Clark Griffin