# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 26-1923 **Short Title:** NAEH v. HUD

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Please see attached. as the

[ ] appellant(s) [✔] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Juan E. Bedoya
Signature

August 25, 2026
Date

Juan E. Bedoya
Name

Lawyers' Committee for Rhode Island
Firm Name (if applicable)

401-238-3953, ext. 403
Telephone Number

56 Pine Street, Suite 200
Address

Fax Number

Providence, RI 02903
City, State, Zip Code

juan@lawyerscommitteeri.org
Email (required)

Court of Appeals Bar Number: 1198278

Has this case or any related case previously been on appeal?

[✔] No [✔] Yes Court of Appeals No. 26-1218, 26-1922

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

The Clerk will enter my appearance as counsel on behalf of:

National Alliance to End Homelessness
National Low Income Housing Coalition
Crossroads Rhode Island
Youth Pride, Inc.
City of Boston
City of Cambridge
Martin Luther King, Jr. County
Metropolitan Government of Nashville & Davidson County
County of Santa Clara
City of Tucson