# United States Court of Appeals
## For the First Circuit

No. 26-1923

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY; COUNTY OF SANTA CLARA COUNTY; CITY OF TUCSON,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in the official capacity as Director of United States Office of Management and Budget,

Defendants - Appellants.

Before

Montecalvo, Aframe, and Dunlap,
Circuit Judges.

**ORDER OF COURT**

Entered: August 27, 2026

Defendants-appellants have filed in this court an "Emergency Motion for Stay Pending Appeal." The parties are directed to file supplemental memoranda addressing the following questions:

(1) Does 42 U.S.C. § 11382(a) provide the Secretary with discretion to make a set-aside of Continuum of Care funds so long as there are sufficient funds to comply with the congressionally mandated set-asides under 42 U.S.C. § 11386b(a) & (b)?

(2) What is meant by "bonuses or other incentives" as that term is used in 42 U.S.C. § 11386b(d)(1)? Further, identify any regulations, policies, guidances, or other documents explaining how such "bonuses or other incentives" are provided.

Defendants-appellants shall file their supplemental memorandum no later than Monday, August 31, 2026, by 5:00 p.m.;

Plaintiffs-appellees shall file their supplemental response by 5:00 p.m. within two days thereafter;

Defendants-appellants shall file any supplemental reply by 5:00 p.m. within two days after the supplemental response is filed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Lauren S. Zurier, Kevin M. Bolan, Sarah Clark Griffin, Michael Benjamin Bruns, Lynette J. Labinger, Madeline H. Gitomer, Amy Retsinas Romero, Juan Esteban Bedoya, Kevin Love Hubbard, Kristin Bateman, Robin F. Thurston, Antonia Fasanelli, Carrie Y. Flaxman, Christine L. Coogle, Toby Merrill, Cassandra Crawford, Graham Provost, Kayla Max Svihovec, Christopher Michael Sanders, Cristy Craig, Mika Rothman, John Whitaker, Tony Lopresti, Kavita Narayan, Leily Arzy, Meredith Johnson, Stefanie Wilson