# United States Court of Appeals
## For the First Circuit

No. 26-1923

NATIONAL ALLIANCE TO END HOMELESSNESS; NATIONAL LOW INCOME HOUSING COALITION; CROSSROADS RHODE ISLAND; YOUTH PRIDE, INC.; CITY OF BOSTON; CITY OF CAMBRIDGE; MARTIN LUTHER KING, JR. COUNTY; METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY; COUNTY OF SANTA CLARA COUNTY; CITY OF TUCSON,

Plaintiffs - Appellees,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in the official capacity as Secretary of the United States Department of Housing and Urban Development; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in the official capacity as Director of United States Office of Management and Budget,

Defendants - Appellants.

**NOTICE**

Issued: August 31, 2026

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Meredith Johnson, Stefanie Wilson, Tony Lopresti, Graham Provost, Kavita Narayan, Antonia Fasanelli, Leily Arzy, Michael Benjamin Bruns

The following attorneys will continue to receive notice in this case:

Kristin Bateman, Juan Esteban Bedoya, Kevin M. Bolan, Christine L. Coogle, Cristy Craig, Cassandra Crawford, Carrie Y. Flaxman, Madeline H. Gitomer, Sarah Clark Griffin, Kevin Love Hubbard, Lynette J. Labinger, Toby Merrill, Amy Retsinas Romero, Mika Rothman, Christopher Michael Sanders, Kayla Max Svihovec, Robin F. Thurston, John Whitaker, Lauren S. Zurier

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Ashley N. - (617) 748-9527

cc:
Leily Arzy
Kristin Bateman
Juan Esteban Bedoya
Kevin M. Bolan
Michael Benjamin Bruns
Christine L. Coogle
Cristy Craig
Cassandra Crawford
Antonia Fasanelli
Carrie Y. Flaxman
Madeline H. Gitomer
Sarah Clark Griffin
Kevin Love Hubbard
Meredith Johnson
Lynette J. Labinger
Tony Lopresti
Toby Merrill
Kavita Narayan
Graham Provost
Amy Retsinas Romero
Mika Rothman
Christopher Michael Sanders
Kayla Max Svihovec
Robin F. Thurston
John Whitaker
Stefanie Wilson
Lauren S. Zurier